THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM, an agency of the City of Seattle,<br><br>Plaintiff,<br><br>v.<br><br>EPSILON GLOBAL ACTIVE VALUE FUND II, LTD., a British Virgin Islands corporation, EPSILON GLOBAL MASTER FUND II, L.P., a limited partnership formed under the laws of the Cayman Islands, EPSILON INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company, EPSILON GLOBAL ASSET MANAGEMENT LTD., a corporation formed under the laws of the Cayman Islands, and STEVEN G. STEVANOVICH, a resident of Florida,<br><br>Defendants. | No. 2:10-cv-555 RAJ<br><br>**DECLARATION OF HARRY H. SCHNEIDER, JR., IN SUPPORT OF DEFENDANTS' FRCP 6(b) REQUEST FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

Harry H. Schneider, Jr. declares as follows:

1. <u>Identity and Competency</u>. I am an attorney with Perkins Coie LLP, counsel for defendants in the above-captioned action. I make this declaration based on personal knowledge of which I am competent to testify.

DECLARATION OF HARRY H. SCHNEDIER, JR. IN
SUPPORT OF REQUEST FOR ENLARGEMENT OF
TIME TO ANSWER (NO. 2:10-CV-555) – 1

73288-0001/LEGAL18035669.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

2. <u>Perkins Coie's Appearance</u>. The Complaint was filed on March 15, 2010, in the Superior Court of the State of Washington in and for King County. All defendants are non-citizens and non-residents of the State of Washington, and none has been served in Washington State. Under Civil Rule 4 of the Washington Rules of Civil Procedure and RCW 4.28.180, a non-citizen and non-resident served out of state has 60 days to answer or otherwise respond to a filed Complaint. Counsel for defendants was retained on March 25, 2010, and appeared (or specially appeared) in the action on behalf of defendants on March 26, 2010. On March 31, 2010, defendants removed this action to this Court based on diversity jurisdiction.

3. <u>Need for Additional Time to Answer</u>. Given the recent engagement of Perkins Coie as defense counsel and the commitment of its time and efforts since its engagement to prepare removal papers, respond to plaintiff's motion for a preliminary injunction, prepare for the April 2 hearing before this Court, and supervise an expedited production of documents to plaintiff, defendants request a one-week enlargement of time within which to answer or otherwise respond to plaintiff's Complaint. Counsel for plaintiff has informed me via email exchange that plaintiff has no objection to the requested one week enlargement of time.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, this 6th day of April, 2010.


s/ Harry H. Schneider, Jr.
Harry H. Schneider, Jr., WSBA No. 9404

DECLARATION OF HARRY H. SCHNEDIER, JR. IN SUPPORT OF REQUEST FOR ENLARGEMENT OF TIME TO ANSWER (NO. 2:10-CV-555) – 2

73288-0001/LEGAL18035669.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On the 6th day of April, 2010, I caused to be served upon the following, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Bradley P. Thoreson<br>Samuel T. Bull<br>Miriam H. Cho<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>thorb@foster.com<br>bulls@foster.com<br>chomi@foster.com | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_ Via CM/ECF system<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>_X_ Via Email |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 6th day of April, 2010.

*Roxann P. Ditlevson*
Roxann P. Ditlevson

---

DECLARATION OF HARRY H. SCHNEDIER, JR. IN SUPPORT OF REQUEST FOR ENLARGEMENT OF TIME TO ANSWER (NO. 2:10-CV-555) – 3

73288-0001/LEGAL18035669.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000