THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE CITY EMPLOYEES' RETIREMENT SYSTEM, an agency of the City of Seattle,<br><br>    Plaintiff,<br><br>v.<br><br>EPSILON GLOBAL ACTIVE VALUE FUND II, LTD., a British Virgin Islands corporation, EPSILON GLOBAL MASTER FUND II, L.P., a limited partnership formed under the laws of the Cayman Islands, EPSILON INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company, EPSILON GLOBAL ASSET MANAGEMENT LTD., a corporation formed under the laws of the Cayman Islands, and STEVEN G. STEVANOVICH, a resident of Florida,<br><br>    Defendants. | No. 2:10-cv-555 RAJ<br><br>**DECLARATION OF JOSEPH M. MCMILLAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION AND REQUEST FOR DISSOLUTION OF TEMPORARY RESTRAINING ORDER** |

I, JOSEPH M. MCMILLAN, hereby declare as follows:

    1.    I am one of the attorneys for Defendants in the above-captioned action. I make this Declaration based upon personal knowledge, about which I am competent to testify.

    2.    Attached as Exhibit A is a true and correct copy of the Court's Transcript of Proceedings, dated April 2, 2010.

DECLARATION OF JOSEPH M. MCMILLAN
(NO. 2:10-CV-555) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

73288-0001/LEGAL18118069.1

3. Attached as Exhibit B is a true and correct copy of a letter from my colleague Harry H. Schneider, Jr., to Plaintiff's counsel Bradley P. Thoreson, dated April 7, 2010.

4. Attached as Exhibit C is a true and correct copy of Mr. Schneider's letter to Mr. Thoreson, dated April 8, 2010.

5. Attached as Exhibit D is a true and correct copy of Mr. Schneider's letter to Mr. Thoreson, dated April 9, 2010.

6. Attached as Exhibit E is a true and correct copy of my letter to Mr. Thoreson, dated April 16, 2010.

7. Attached as Exhibit F is a true and correct copy of the Epsilon Global Active Value Fund II Ltd. Confidential Offering Memorandum, dated July 1, 2009.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

EXECUTED at Seattle, Washington this 28th day of April, 2010.

*(signature)*
Joseph M. McMillan

DECLARATION OF JOSEPH M. MCMILLAN
(NO. 2:10-CV-555) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

73288-0001/LEGAL18118069.1

## CERTIFICATE OF SERVICE

On the 28th day of April, 2010, I caused to be served upon the following, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| Bradley P. Thoreson<br>Samuel T. Bull<br>Miriam H. Cho<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>thorb@foster.com<br>bulls@foster.com<br>chomi@foster.com | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_  Via CM/ECF system<br>___  Via Overnight Delivery<br>___  Via Facsimile<br>_X_  Via Email |
|---|---|

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 28th day of April, 2010.

*/s/ Roxann P. Ditlevson*
Roxann P. Ditlevson

DECLARATION OF JOSEPH M. MCMILLAN
(NO. 2:10-CV-555) – 3

73288-0001/LEGAL18118069.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000